Heffelfinger *v.* Pennsylvania Association of the Blind et al., Appellants.

722

Argued
April 14, 1970. *George H. Thompson*, with him *Karl E. Weise*, and *Hirsch, Weise & Tillman*, for appellants; *William C. Stillwagon*, with him *Leonard R. Reeves*, and *Boyle, Nakles, Reeves & Stillwagon*, for appellee.
Decree affirmed.